**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2186**

_____

LAWRENCE E. MATTISON,

Plaintiff - Appellant,

v.

DENIS R. MCDONOUGH, United States Secretary of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:19-cv-00018-RAJ-LRL)

_____

Submitted:  March 31, 2022                           Decided:  April 8, 2022

_____

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lawrence Eliot Mattison, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Eliot Mattison appeals the district court's order denying his postjudgment motions for reconsideration, to amend his complaint, and for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Mattison v. McDonough*, No. 4:19-cv-00018-RAJ-LRL (E.D. Va. Sept. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*